IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

WILLIAM H. FERGUSON, MAUREEN R.   )
FERGUSON, and KENDELL H.          )
FERGUSON,                         )
                                  )
              Plaintiffs,         )   TC-MD 140126C
                                  )
       v.                         )
                                  )
JACKSON COUNTY ASSESSOR,          )
                                  )   **FINAL DECISION OF**
              Defendant.          )   **DISMISSAL**

This Final Decision of Dismissal incorporates without change the court's Decision of Dismissal entered September 23, 2014. The court did not receive a request for an award of costs and disbursements within 14 days after its Decision of Dismissal was entered. *See* TCR-MD 19.

This matter is before the court on Plaintiffs' motion, filed September 8, 2014, requesting that their case be dismissed. (Ptfs' mot at 1.) Tax Court Rule-Magistrate Division 6 B(1) states in part: "When [] plaintiff[s] file[] a motion to dismiss, the defending party has 10 days from the date of service to file a response." As of the date of this Decision of Dismissal, Defendant has not filed a response to Plaintiffs' motion. Having considered the matter, the court finds that Plaintiffs' motion should be granted. Now, therefore,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS THE DECISION OF THIS COURT that this matter be dismissed.

Dated this ___ day of October 2014.

_____
DAN ROBINSON
MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed.*

*This Final Decision of Dismissal was signed by Magistrate Dan Robinson on October 10, 2014. The Court filed and entered this Final Decision of Dismissal on October 10, 2014.*